# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00148-CV

**Victor Burzynski, Appellant**

**v.**

**Timbercreek Apartments, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-20-000603, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 1, 2020. On July 30, 2020, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by August 10, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed for Want of Prosecution

Filed: October 6, 2020